**Order entered February 25, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00575-CV

## IN THE INTEREST OF B.N.L., H.T.L. AND A.K.L., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-56250-2017**

## ORDER

Before the Court is appellee's February 23, 2021 third motion to extend time to file his brief. Appellee explains the extension is necessary as a result of the winter storms.

We **GRANT** the motion and **ORDER** the brief be filed no later than March 31, 2021. We caution appellee that further extensions will not be granted absent exigent circumstances.

/s/    CRAIG SMITH
JUSTICE